IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs  4:97CR00211-01-WRW

EVERDEAN NEELY

AMENDED AND SUBSTITUTED
JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petition to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a term of 10 Months at a designated Bureau of Prisons correctional facility. The defendant is to participate in nonresidential substance abuse treatment during incarceration and mental health counseling with an emphasis on anger management. A term of supervised release of one (1) year is to follow incarceration. The defendant is remanded into the custody of the U.S. Marshal.

All remaining conditions previously imposed remain in full force and effect.

IT IS SO ORDERED this 10th day of July, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

supvrl.2.Neely.wpd